OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. LOOP 820, SUITE 300
NORTH RICHLAND HILLS, TX  76180-6608
(817) 770-8500
(817) 498-1362 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:  SARA LYNN BELL       Case No:  09-45289-DML

Prehearing Date:  June 11, 2010

Debtor(s)

**Notice of Pre-Hearing Conference and**
**Hearing on "Trustee's Recommendation Concerning Claims,**
**Objection to Claims, and Plan Modification (if required)"**

TO  ALL PARTIES IN INTEREST:

A Pre-Hearing Conference with the Chapter 13 Trustee concerning the attached Trustee's Recommendation Concerning Claims, Objection to Claims, and Plan Modification (if required)("TRCC") will be held at **8:30 AM** on **June 11, 2010** at 6851 N.E. Loop 820, Suite 220, North Richland Hills, Texas  76180.

If any objections to the Pleadings are not resolved or defaulted at the Trustee's Pre-hearing Conference then this matter will be called at the docket call to be held at **8:30 AM** on **June 17, 2010** at 128 U.S. Courthouse, 10th and Lamar Streets, Fort Worth, TX., with the hearing on the matter immediately following the conclusion of the docket call.

Pursuant to General Order 2009-03 Section 8(c), unless an objection is timely filed as to the treatment of any claim or modification, the claim or modification will be allowed or approved as described in the TRCC and such treatment will be final and binding on all parties, unless Section 502j of the Bankruptcy Code applies.

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES WITHIN THIRTY (30)  DAYS FROM THE DATE OF SERVICE HEREOF.

DEBTOR(S):   SARA LYNN BELL,  7404 Love Cir,  Fort Worth,  TX  76135
ATTORNEY:   VIDA LAW FIRM PLLC,  3000 CENTRAL DR,  BEDFORD,  TX  76021
COURT:   Clerk's Office, US Bankruptcy Court, 128 U.S. Courthouse, 10th and Lamar Streets, Ft. Worth, TX 76102
TRUSTEE:   TRUSTEE'S OFFICE,  6851 N.E. Loop 820, Suite 300, North Richland Hills, TX  76180-6608

/s/ Tim Truman
Tim Truman, Trustee/State Bar # 20258000

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the "Notice of Pre-Hearing Conference and Hearing on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)" and that a copy of the attached "Trustee's Recommendation Concerning Claims, Objection to Claims, and Plan Modification (if required)" was served on the following parties at the address listed below by the United States First Class Mail or via electronic mail.

    /s/ Tim Truman

DEBTOR(S): SARA LYNN BELL, 7404 Love Cir, Fort Worth, TX 76135
ATTORNEY: VIDA LAW FIRM PLLC, 3000 CENTRAL DR, BEDFORD, TX 76021

CREDITORS:
ATTORNEY GENERAL OF TEXAS, COLLECTIONS DIV/BANKRUPTCY SEC, PO BOX 12548, AUSTIN, TX 78711
BETSY PRICE/CITY OF FT WORTH, TAX ASSESSOR-COLLECTOR, 100 E WEATHERFORD STREET, FORT WORTH, TX 76196
BETSY PRICE/FORT WORTH ISD, TAX ASSESSOR-COLLECTOR, 100 E WEATHERFORD STREET, FT WORTH, TX 76196
BRACKETT & ELLIS, 100 MAIN ST, FT WORTH, TX 76102
CHRISTOPHER B MOSLEY, 1000 THROCKMORTON ST, FT WORTH, TX 76102-0000
CITIFINANCIAL, PO BOX 140069, IRVING, TX 75014
CITY OF FORT WORTH, CHRIS MOSLEY/CITY ATTY OFFICE, 1000 THROCKMORTON, FORT WORTH, TX 76102-0000
ECAST SETTLEMENT CORP, PO BOX 35480, NEWARK, NJ 07193
FIA CARD SERVICES NA, BANK OF AMERICA/MBNA AMERICA BANK, 1000 SAMOSET DR DE5-023-03-03, NEWARK, DE 19713-0000
HOODENPYLE LOBERT, 519 E BORDER ST, ARLINGTON, TX 76010
INTERNAL REVENUE SERVICE, PO BOX 21125, PHILADELPHIA, PA 19114-0000
INTERNAL REVENUE SERVICE, PO BOX 21126, PHILADELPHIA, PA 19114-0000
INTERNAL REVENUE SERVICE, SPECIAL PROC/ATTN DISK PROCESS, 1100 COMMERCE RM 9A20 5024 DAL, DALLAS, TX 75242
LINEBARGER GOGGAN BLAIR ET AL, 100 THROCKMORTON STE #300, FT WORTH, TX 76102-0000
LINEBARGER HEARD GOGGAN ET AL, 2323 BRYAN ST STE 1600, DALLAS, TX 75201
MACKIE WOLF AND ZIENTZ PC, PACIFIC CENTER I STE 660, 14180 N DALLAS PKWY, DALLAS, TX 75254-0000
MAX FLOW RECOVERY, PO BOX 7247, PHILADELPHIA, PA 19170
PERDUE BRANDON & FIELDER, PO BOX 13430, ARLINGTON, TX 76094
PRA RECEIVABLES MANAGEMENT LLC, BENEFICIAL CO C/O PRA RECEIVABLES, PO BOX 12907, NORFOLK, VA 23541-0000
SHERMAN ACQUISITIONS, DBA RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603
STEEN AND STEEN/MCLEAN AND SANDERS, ATTN: BANKRUPTCY SECTION, 307 W 7TH ST STE 1225, FORT WORTH, TX 76102
TARRANT COUNTY TAX COLLECTOR, DELINQUENT TAX DEPARTMENT, 100 E WEATHERFORD ST, FORT WORTH, TX 76196
TEXAS ALCOHOLIC BEVERAGE COMM, LICENSES AND PERMITS DIVISION, PO BOX 13127, AUSTIN, TX 78711
TEXAS COMPTROLLER PUBLIC ACCTS, REVENUE ACCOUNTING DIV/BANKRUP, PO BOX 13528, AUSTIN, TX 78711
TEXAS WORKFORCE COMMISSION, TAX DEPT COLLECTION FKA TEC, BANKRUPTCY ROOM 556-A, AUSTIN, TX 78778-0000
WILSHIRE CREDIT CORP, PO BOX 1650, PORTLAND, OR 97207
WILSHIRE CREDIT CORP, PO BOX 8517, PORTLAND, OR 97207

Date: April 28, 2010      By: /s/ Tim Truman

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: SARA LYNN BELL                      Case No: 09-45289-DML

Debtor(s)

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)**

The Trustee hereby objects to and/or recommends allowance or disallowance of the following claims for the reason(s) indicated pursuant to Bankruptcy Rule 3007:

**I.**

**OBJECTION - NO PROOF OF CLAIM FILED**

The following creditors were scheduled by the Debtor(s). No Proof of Claim has been filed by them or on their behalf as required by Bankruptcy Rule 3002(a). The "bar date" for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. Therefore the claims should be DISALLOWED, and not be paid by the Trustee:

| T'EE # | CREDITOR'S NAME | SCHED CLASS | SCHED AMOUNT |
|---|---|---|---|

**II.**

**SPECIFIC OBJECTIONS**

The Trustee hereby objects to the following claims for the reason(s) indicated in Column 6. The claims should be ALLOWED/DISALLOWED as indicated in Column 3 for the amount and class indicated in Columns 4 and 5 respectfully:

*** NONE ****

**III.**

**TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS**

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount(s) and in the class(es) as listed below: (NOTE: Value, treatment and interest rate were determined at confirmation. "Value" and "Treatment" are shown below for information only.)

| T'EE # | SECURED CREDITORS | COLLATERAL | CLAIM | VALUE | INTEREST RATE | TREATMENT |
|---|---|---|---|---|---|---|
| 1 | WILSHIRE CREDIT CORP | HOMESTEAD/ARRS | $14,753.90 | $85,300.00 | 0.00% | PRO RATA-TR |
| 2 | WILSHIRE CREDIT CORP | HOMESTEAD | $85,300.00 | $85,300.00 | | DIRECT-DR |
| 3 | CITIFINANCIAL | 94 JEEP CHEROKEE | $900.00 | $900.00 | 4.25% | PRO RATA-TR |
| 4 | TARRANT COUNTY TAX COLLECTO | HOMESTEAD/09 | $1,238.14 | $85,300.00 | | DIRECT-DR |
| 12 | BETSY PRICE/FORT WORTH ISD | HOMESTEAD/09 | $929.37 | $85,300.00 | | DIRECT-DR |

| T'EE # | PRIORITY | CLAIM | TREATMENT |
|---|---|---|---|
| 5 | INTERNAL REVENUE SERVICE | $7,000.28 | PRO RATA-TR |

| T'EE # | UNSECURED | CLAIM | COMMENT |
|---|---|---|---|
| 6 | FIA CARD SERVICES NA | $3,257.48 | BANK OF AMERICA |
| 7 | PRA RECEIVABLES MANAGEMENT L | $6,924.61 | BENEFICIAL |
| 8 | ECAST SETTLEMENT CORP | $1,760.78 | CHASE BANK USA |
| 9 | CITY OF FORT WORTH | $51.16 | WATER SERVICE |

**(cont'd.)**

| T'EE # | UNSECURED | CLAIM | COMMENT |
|---|---|---|---|
| 11 | INTERNAL REVENUE SERVICE | $2,084.26 | PENALTY |
| 13 | CITIFINANCIAL | $9,863.63 | UNS PORTION #3 |
| 14 | WILSHIRE CREDIT CORP | $20,568.97 | UNSEC PORTION |

| T'EE # | EXECUTORY CONTRACTS | COMMENT | CLAIM | TREATMENT |
|---|---|---|---|---|
| 10 | BETSY PRICE/CITY OF FT WORTH | CONTRACT/ASSUMED | $0.00 | DIRECT-DR |

**IF THE TRUSTEE'S RECOMMENDATION CONCERNING ANY CLAIM DIFFERS FROM THE AMOUNT INDICATED IN A CREDITOR'S PROOF OF CLAIM, THE RECOMMENDATION IS DEEMED AN OBJECTION TO SUCH CLAIM. UNLESS A TIMELY RESPONSE OR OBJECTION IS FILED CONTESTING THE TRUSTEE'S RECOMMENDATION, THE OBJECTION WILL BE SUSTAINED AND SUCH CLAIM WILL BE ALLOWED ONLY IN THE AMOUNT AND IN THE CLASS INDICATED.**

## IV.

## PLAN MODIFICATION

**Excess Base Amount**

Debtor's(s') Plan provides for a Base Amount of $27,480.00. To the extent the Base Amount exceeds the amount needed to pay all allowed Secured, Priority, and Administrative Claims, unless otherwise provided by a Debtor Modification or order of the Court, such excess shall be paid pro-rata to timely filed allowed non-penalty general unsecured claims up to 100%, then to late filed allowed non-penalty unsecured claims up to 100%, then to penalty unsecured claims up to 100%, with any remaining balance refunded to Debtor(s). The Unsecured Creditors' Pool will be adjusted accordingly.

**No Debtor Modification Needed**

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　Office of the Chapter 13 Trustee, Fort Worth
　　　　　　　　　　　　　　　　　　　　　/s/ Tim Truman
　　　　　　　　　　　　　　　　　　　　　―――――――――――――――――――
　　　　　　　　　　　　　　　　　　　　　Tim Truman, Trustee
　　　　　　　　　　　　　　　　　　　　　State Bar # 20258000

Dated: April 28, 2010